IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CARRIE M., )
)
        Plaintiff, )
)
v. ) 1:23CV12
)
MARTIN J. O'MALLEY, )
Commissioner of Social Security, )
)
        Defendant. )

## JUDGMENT

For the reasons set out in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Amended Dispositive Brief [Doc. #16] is DENIED, that Defendant's Dispositive Brief [Doc. #17] is GRANTED, and that this action is DISMISSED with prejudice.

This, the 30th day of September, 2024.

                                                  /s/ Joi Elizabeth Peake
                                                  Joi Elizabeth Peake
                                                  United States Magistrate Judge